# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>765 SOUTH MAIN STREET, FRANKLIN, OHIO 45005<br>[INCLUDING ALL OUTBUILDINGS AND CURTILAGE] | )<br>)<br>)  Case No.  1:19MJ-088?<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Southern_____ District of _____Ohio_____
*(identify the person or describe the property to be searched and give its location)*:

[SEE ATTACHMENT A-1]

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

[SEE ATTACHMENT B]

**YOU ARE COMMANDED** to execute this warrant on or before _____2/22/19_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____HONORABLE KAREN L. LITKOVITZ_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    _2/8/19 @1:05pm_    *Karen L. Litkovitz*
                                            *Judge's signature*

City and state:    CINCINNATI, OHIO              HONORABLE KAREN L. LITKOVITZ
                                                          *Printed name and title*

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 119 MJ 089 | 2/11/2019   8:02 AM | Shannon KING |

Inventory made in the presence of :
Andrea Kinzig

Inventory of the property taken and name of any person(s) seized:

SEE ATTACHED EVIDENCE LOG

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2·12·2019

_____
Executing officer's signature

Bradley A. Meeker  TFO
Printed name and title

# ATTACHMENT A-1

## DESCRIPTION OF LOCATION TO BE SEARCHED

**A. 765 South Main Street, Franklin, Ohio 45005,** is a two-story grey and white residence with a dark-colored roof. The numbers "765" are on a post on the front porch.



## PROPERTY TO BE SEIZED

A. Explosives: High explosives, such as TNT, dynamite, C-4 and commercial explosives (KineStik, ANFO, etc.) as well as low explosives such as black powder, Pyrodex, smokeless powder and flash powder. Homemade (improvised) explosives and their precursor chemicals to include fuels and oxidizers such as ammonium nitrate, fuel oil, nitro methane, phosphorous, peroxides, acids, sulfur, charcoal, perchlorate mixtures, potassium nitrate, acetone and powdered metals such as aluminum and magnesium. Initiators to include commercial blasting cap, electric match, squib, time fuse, cannon or hobby fuse or improvised initiators.

B. Container and Shrapnel: Any container used to contain the explosives and or Improvised Explosive Device, such as pipe, end caps, pipe nipples, pressure cookers, or similar materials. Fragmentation or shrapnel to include nails, screws, nuts, bolts, BBs, lead shot or similar material

C. Fuzing systems and their components: These components include power supplies such as batteries and switches such as clothespin switches, lever/pressure switches, improvised loop switches and other electric or electronic switches. Additional components to include light emitting diodes (LEDs), relays, timers, wire, solder, radio controlled transmitters and receivers.

D. Manufacturing Tools and Supplies: Tools and supplies used to build/manufacture IEDs to include drills, drill bits, pipe wrenches and other plumbers' tools, vise grips and other pliers, hack saws, grinders, metal files, wire cutters and strippers, welders, soldering irons, glue guns, tar, epoxy, contact cement, tape (electrical, duct, masking, sealing and strapping tape) and other fasteners.

E. Instructional Information: Documents and instructions relating to the construction of Improvised Explosive Devices (IEDs) and directions on how to manufacture or mix explosive mixtures and compounds. These documents and instructions are not limited to books, military manuals, diagrams, magazines, journals, internet printouts, articles, videotapes, CDs, DVDs and documents retained on computer hard drives, discs or other computer media.

F. Purchase Documentation: Documentation of the purchase of the various components of the explosives, bomb or IED. These documents include, but are not limited to, cash register receipts, credit card receipts, credit card statements, invoices, bills and packing slips.

G. Evidence of Prior Testing: Evidence of the testing of IEDs and prior bombings and damage done with bombs and explosives. This evidence includes, but is not limited to, photographs, videotapes, digital recordings, residue from explosions and fragments from prior detonated devices.

H. All live ammunition believed to contain energetic powder.

I. Electronic devices that can access the internet and, including but not limited to desktop computers, laptops, iPads, tablets, cellular telephones, digital video recording devices and storage media, and any attached storage devices such as thumb drive, external hard drives, CD's, DVD's and SD cards (to include the electronic content of these items).

J. The authorization includes the search of electronic data to include deleted data, remnant data and slack space. The authorization also includes the search of the computer hardware and computer software.

# EVIDENCE COLLECTED ITEM LOG

*Print Legibly. More than one line may be used for each item, if necessary.*

**Date:** 2/11/2019    **Case ID:** 266T-CI-2974604

**Location:** 765 S. Main St., Franklin, OH 45005

**Preparer/Assistants:**

Ingrid Schmidt, Natalie Saracco

**Personnel (full names and initials):**

| Albert Upchurch ___ | Alexander Long ___ | Andrea Kinzig ___ |
| Anthony Lagana ___ | Barb Johnson ___ | Andy Savery ___ |
| | | Bradley Meeker ___ |
| Charles Balaj ___ | Craig Stiver ___ | |
| Matthew Guinn ___ | Michael Herwig ___ | Ingrid Schmidt ___ | Jason Hall ___ |
| Tad Morris ___ | Thomas Gould ___ | Natalie Saracco ___ | Nathan Speelman ___ |
| | | Tim Saunders ___ | |

| Item # | Description (e.g., One black Samsung flip phone, Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by / Observed by (First Name and Last Name)) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|
| 1 | 7 rounds of ammunition unloaded from pistol .380 caliber | C | in purse, on chair | Charles Balaj / Charles Balaj | Plastic | |
| 2 | Box containing six rounds of DRT .380 auto ammunition | G | on shelving unit | Andrea Kinzig / Andrea Kinzig | Plastic | |
| 3 | Samsung Galaxy Note 9 cellular telephone, model SM-N9600, IMEI 358496092025061, and case and charger | D | on nightstand next to bed | Craig Stiver / Andrea Kinzig | Anti-static | |
| 4 | S9 12 gauge shotgun shells | D | northeast corner of room by nightstand | Charles Balaj / Matthew Guinn | Paper | |
| 5 | 6 shotgun shells | D | NE corner | Albert Upchurch / Matthew Guinn | Paper | |
| 6 | .22 Ammo-count 10 | D | south nightstand | Albert Upchurch / Matthew Guinn | Paper | |
| 7 | Perfect Hobby Fuse | D | SE corner | Matthew Guinn / Albert Upchurch | Paper | |
| 8 | (72) 9 mm, (6) 223, (1) 6.5 ammunition | D | south on dresser | Matthew Guinn / Albert Upchurch | Paper | |
| 9 | Dell laptop & AC/DC adapter, GL7ZDS1 | M | sofa | Albert Upchurch / Anthony Lagana | Anti-static | |
| 10 | inert grenade | L | on desk shelf | Ingrid Schmidt / Tim Saunders | Plastic | |

EVIDENCE COLLECTED ITEM LOG

Print Legibly. More than one line may be used for each item, if necessary.

Page 2 of 4

FD-886 (Rev. 4-13-15)

| Item | Description | | Location | Names | Material |
|---|---|---|---|---|---|
| 11 | 32 GB thumb drive | D | NE dresser | Matthew Guinn / Albert Upchurch | Anti-static |
| 12 | Dual-drum magazine containing rounds of .223 ammunition in green pouch | M | center couch | Craig Stiver / Nathan Speelman | Paper |
| 13 | 00196-147-776-246 laptop | M | sofa | Anthony Lagana / Ingrid Schmidt | Anti-static |
| 14 | 380 ammo-5 rounds | M | Black ammo bag | Anthony Lagana / Andy Savery | Plastic |
| 15 | Samsung IMIE # 99000441387151512 | D | South-nightstand | Albert Upchurch / Matthew Guinn | Anti-static |
| 16 | Sprint LG cel phone-purple S/N: 103KPED1316412 | D | S-nightstand | Matthew Guinn / Albert Upchurch | Anti-static |
| 17 | Samsung phone MAC 50018B8880874 | D | south dresser | Matthew Guinn / Albert Upchurch | Anti-static |
| 18 | 6 thumb drives | M | desk | Anthony Lagana / Andy Savery | Anti-static |
| 19 | Box of 50 Winchester 9 mm Luger and (1) 223 round | M | desk | Anthony Lagana / Ingrid Schmidt | Plastic |
| 20 | Fireworks, sparklers, and smoke balls | M | on floor in center of room | Anthony Lagana / Ingrid Schmidt | Cardboard Box |
| 21 | Box containing fusing cords, tape, and aluminum | M | on floor in center of room | Anthony Lagana / Ingrid Schmidt | Cardboard Box |
| 22 | Box containing fusing cords, electric matches, electric clips, wire cutters, 9v battery terminals, handheld remote switch kit, UPS label, model rocket engine and engine igniters, wireless receiver and transmitter, 2 12v batteries, toggle switch, instructions on wireless receiver/transmitter, small screwdriver, 3.5mm plugs | M | on floor in center of room | Anthony Lagana / Ingrid Schmidt | Cardboard Box |
| 23 | Bottle of Pyrodex muzzleloading propellant | M | on floor in center of room | Anthony Lagana / Ingrid Schmidt | Paper |
| 24 | Sample from bottle of Pyrodex muzzleloading propellant (item 23) | M | on floor in center of room | Bradley Meeker / Andrea Kinzig | Paper |

FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG

*Print Legibly. More than one line may be used for each item. If necessary.*

Page 3 of 4

| # | Description | | Location | Collected by | Material |
|---|---|---|---|---|---|
| 25 | SD card | M | desk | Anthony Lagana | Anti-static |
| 26 | 6v battery, (2) 3.7v lithium batteries, circuit board and instructions, (1) 223 round | M | on table | Michael Herwig / Anthony Lagana | Plastic |
| 27 | 9 mm ammo-64 rounds | M | black ammo bag | Andy Savery / Anthony Lagana / Andy Savery | Plastic |
| 28 | (29) .223 rounds | M | on sofa | Anthony Lagana | Plastic |
| 29 | Metal shavings, 4 small bags | M | on sofa | Ingrid Schmidt / Anthony Lagana | Plastic |
| 30 | HP laptop and power source, 00196-261-364-617 | M | sofa | Ingrid Schmidt / Anthony Lagana | Anti-static |
| 31 | Hard drive and power cord, TDC08442165 4 | M | on desk | Tad Morris / Anthony Lagana | Anti-static |
| 32 | E-matches | M | on shelf | Michael Herwig / Anthony Lagana | Plastic |
| 33 | Project box | M | on sofa | Bradley Meeker / Anthony Lagana | Plastic |
| 34 | Solvent trap suppressor | M | shelf, right hand side of room | Anthony Lagana / Tad Morris | Plastic |
| 35 | 5 magazines containing rounds of ammunition | M | closet | Anthony Lagana / Bradley Meeker | Paper |
| 36 | Magazine containing rounds of ammunition | M | closet | Anthony Lagana / Bradley Meeker | Plastic |
| 37 | HP CPU serial number MXX1320HCS | M | desk | Craig Stiver / Jason Hall | Paper |
| 38 | HP CPU serial number 2UA3250KD5 | M | desk | Anthony Lagana / Bradley Meeker | Anti-static |
| 39 | five boxes labeled .22 rounds with ammunition | M | shelf | Anthony Lagana / Bradley Meeker | Paper |

# EVIDENCE COLLECTED ITEM LOG

*Print Legibly. More than one line may be used for each item, if necessary.*

| # | Description | | Location | Collected by | | Type |
|---|---|---|---|---|---|---|
| 40 | one container of ammo | M | closet | Anthony Lagana | Bradley Meeker | Other |
| 41 | one container of ammo | M | closet | Anthony Lagana | Bradley Meeker | Other |
| 42 | one container of ammo | M | closet | Anthony Lagana | Bradley Meeker | Other |
| 43 | one container of ammo | M | closet | Anthony Lagana | Bradley Meeker | Other |
| 44 | one container of seven magazine with ammo | M | closet | Anthony Lagana | Bradley Meeker | Other |
| 45 | one container of 24 magazine with ammo | M | closet | Anthony Lagana | Bradley Meeker | Other |
| 46 | two slings of shotgun ammo (28 rounds) | M | closet | Anthony Lagana | Bradley Meeker | Paper |
| 47 | four magazines with ammo | M | closet | Bradley Meeker | Anthony Lagana | Paper |
| 48 | ten magazine with ammo in black bag | M | closet | Anthony Lagana | Bradley Meeker | Paper |
| 49 | Bottle of unknown powder | D | dresser | Jason Hall | Bradley Meeker | Plastic |
| 50 | Sample from bottle of unknown powder | D | dresser | Jason Hall | Craig Stiver | Plastic |
| 51 | PVC pipe | M | desk | Anthony Lagana | Tim Saunders | Plastic |
| 52 | ammunition 9 mm (16 count) | Truck license plate GHT5149 | center console | Matthew Guinn | Thomas Gould | Plastic |
| 53 | handgun magazine with ammo and one loose round | F | kitchen counter | Michael Herwig | Andy Savery | Plastic |